UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Case Number _____

JEFFREY ROBERT MCCORMICK, )
ALDOC~AIS# 255756        )
              Plantiff.  )
V.                       ) CIVIL ACTION
SGT. SASSER, SGT. CROSSLEY, LT. CLEMONS, ) NO. 2:14-CV-602-MHT-TFM
CPT. MCKEE, WARDEN DANIELS, WARDEN )
BOLLING, OFC. MATHIS, OFC. BROWN, & )
OFC. STORY {ALL OF ELMORE CORRECTIONAL )
FACILITY, ALDOC/3520 MARON SPILLWAY RD./ )
ELMORE, AL 36025}; ALDOC COMMISSIONER )
KIM THOMAS, ~~~~~~~~~~~ )
              Respondents. )

I. PLANTIFF, JEFFREY ROBERT MCCORMICK, Has Not Begun Other Lawsuits In State Or Federal Court Dealing With The Same Or Similar Facts Involved In This Action.

PLANTIFF Has Not Begun Other Lawsuits In State Or Federal Court Relating To His Imprisonment.

II. PLANTIFF Is Presently Confined To Elmore Correctional Facility Of The Alabama Dept. Of Corrections, Serving A Nine Year, Seven Month State Prison Sentence With Good-Time Earning Status For Two Class C Felonies: Sent To State Prison December 2011. PLANTIFF'S Custody-Level Is Minimum-OUT.

INCIDENT Occurred In The Holding-Cell Of The 'Backgate' Of Elmore Correctional Facility, ALDOC

III. The Names And Addresses Of The Alabama Dept. Of Corrections Employees Who Violated The PLANTIFF'S, JEFFREY ROBERT MCCORMICK, Constitutional Rights Are Listed Below:

1. SGT. Sasser @ Elmore Corr. Facility, ALDOC; 3520 Maron Spillway Rd.; Elmore, AL
2. SGT. Crossley @ Elmore Corr. Facility, ALDOC [Address Same]
3. LT. Clemons @ Elmore Corr. Facility, ALDOC [Address Same]
4. CPT. MCKEE @ Elmore Corr. Facility, ALDOC [Address Same]
5. Warden Daniels @ Elmore Corr. Facility, ALDOC [Address Same]
6. Warden Bolling @ Elmore Corr. Facility, ALDOC [Address Same]
7. OFC. Mathis @ Elmore Corr. Facility, ALDOC [Address Same]
8. OFC. Brown @ Elmore Corr. Facility, ALDOC [Address Same]
9. OFC. Story @ Elmore Corr. Facility, ALDOC [Address Same]
10. ALDOC Commissioner Kim Thomas @ 301 South Ripley St. P.O. Box 301501; Montgomery, AL

IV. PLANTIFF'S Constitutional Rights Were Violated On May 21, 2014 and May 22, 2014.

V. The Grounds Which PLANTIFF States His Constitutional Rights Were Violated Are As Follows:

GROUND ONE: CRUEL AND UNUSUAL PUNISHMENT.

FACTS WHICH SUPPORT THIS GROUND:

On May 21, 2014, between 4P.M. & 4:30 P.M., SGT. Sasser punched the PLANTIFF with his fist, full-force, in the face next to his right eye, knocking the PLANTIFF to the floor and leaving a red-welt where SGT. Sasser's closed left fist violently struck the PLANTIFF'S Right-Temple Area next to PLANTIFF'S RIGHT EYE. The Assault Occurred in the Holding Cell at the 'Backgate' of Elmore Corr. Facility. Witnesses were OFC. Mathis and OFC. Brown who were

V. Continued~ GROUND ONE, Cruel & Unusual Punishment, Facts]
deliberately indifferent to the assault occurring to the PLANTIFF. PLANTIFF was, at the time of the assault by SGT. Sasser, handcuffed to a steel bellychain unable to move his hands up/down/or to the side more than Approximately six inches, had clear industrial tape, excessively tight, wrapped numerous times around his waist, and had the same clear tape, excessively tight, wrapped numerous times around each leg below the knee. The witnessing Officers aforementioned were present, were in a position to stop it (i.e., the assault), and failed to do so/failed to intervene. The assault by SGT. Sasser is part of a series of assaults so widespread, frequent, and prevelant as to constitute a regular pattern, insuring that supervisory officials (i.e., CPT. MCKEE, WARDEN DANIELS, WARDEN BOLLING, ALDOC COMMISSIONER KIM THOMAS) must of been aware of them. The Assault by SGT. Sasser was gross negligence and showed wreckless disregard for PLANTIFF'S Constitutional Rights, and was Cruel and Unusual Punishment because PLANTIFF was exhibiting no physical threat and was completely restrained with handcuffs, tape, and a steel Bellychain restricting movement of PLANTIFF'S hands. PLANTIFF was restrained for 20 hours until he had a Bowel Movement into a 5 Gallon Bucket at Approx. 9 A.M. May 22, 2014; PLANTIFF proved he had nothing in his rectum at this time, as Alledged, and returned to Population

[V. Continued ~ GROUND ONE, Cruel & Unusual Punishment, Facts]
The PLANTIFF, before the Assault occurred, returned from his job assignment Recycle Rider Special Detail with Supervisor OFC. Story at Approx. 3:30 P.M. May 21, 2014. His job assignment was continuous hard-labor from 8A.M. through 3:30 P.M. Monday through Friday. PLANTIFF is diagnosed with the Mental Health Disorder, Panic Attack Disorder with Agoraphobia and daily takes the meds Effexor 150 mg once daily and Vistiril 50mg once daily. Plantiff meets with a Mental Health Counselor once monthly. Plantiff was dehydrated and having Acute Panic Attack during, before, and after assault by SGT. Sasser. Plantiff is traumatized by Assault, having Nightmares, and Re-Living Assault almost daily. Plantiff is experiencing sharp pains in his neck since Assault. Approximately ten minutes before Assault OFC. Mathis, a witness, stated to PLANTIFF, "I Will Kill You!" At Approximately 5 P.M. PLANTIFF Requested ALDOC FORM - "Use Of Force Grievance" and reported Assault. Photos were taken of PLANTIFF in Elmore C.F.'s Shift Office; photos were taken of his face and both sides of his face. When PLANTIFF discussed assault with CPT. MCKEE during the same time-frame (i.e., around 5 P.M. May 21, 2014), the Captain stated, "Is that where SGT. Sasser hit you?" Captain MCKEE at that time was pointing to the PLANTIFF'S Temple-Area Next To His Right Eye where there was a swollen red-welt, AND under PLANTIFF'S Left-eye [Discussed in GROUND TWO]. A "Body Chart" of Injuries to the PLANTIFF'S

Continued (5)

[I. GROUND ONE~ Cruel and Unusual Punishment, Facts]

face was done Approx. 4 hours after the incident at Staton Corr. Facility Healthcare Unit. PLANTIFF has numerous times requested from Warden Daniels and Warden Bolling of Elmore Corr. Facility the Production of Documents, for copies of witness testimony, Copy of "BodyChart", copy of Photos of Injuries, and copy of 'Use of Force' Grievance to no avail. PLANTIFF authorized these copies be made at 50¢ a piece and charged to his Inmate PMOD Account, for a maximum of $15.00 (fifteen dollars) be deducted from his Inmate Funds. PLANTIFF has requested numerous times to meet with Warden with no response, requested to be exonerated from retalitory two disciplinaries written against him 13 hours into incident where SGT. Crossley alledges PLANTIFF refused to get off the Shift Office Floor and alledges PLANTIFF used profanity: Insubordination & Failure To Obey A Direct Order, the only disciplinaries received by PLANTIFF, but that are False allegations, retaliation for reporting an assault by an officer, and that deprive PLANTIFF ONE YEAR of his Good-Time Earned. PLANTIFF has Exhausted Administrative Remedies.

GROUND TWO: CRUEL AND UNUSUAL PUNISHMENT
Supporting Facts Are As Follows:
Between approx. 4 PM & 4:30 PM on May 21, 2014 the PLANTIFF was Assaulted a 2nd Time by SGT. SASSER in the Holding Cell at the "Backgate" of Elmore Corr. Facility, and was witnessed directly by the PLANTIFF'S Job Supervisor OFC. Story, who failed to intervene.

IV. GROUND TWO continued - Cruel & Unusual Punishment

SGT. Sasser, again, Openly and Repeatedly, forcefully with all his strength, shoved the PLANTIFF'S Head into the concrete wall in the Holding Cell. Simualtaneously, SGT. Sasser hit the PLANTIFF with his fist under the PLANTIFF'S Left eye leaving a red-welt. SGT. Sasser then began pushing his fingers forcefully into the PLANTIFF'S left jaw after the PLANTIFF cried, "I just had oral surgery last week." SGT. Sasser sadisticly stated, "It hurts doesn't it!" These two assaults were intentional inflictions of injury. OFC. Story stood by and let the abuse happen. All the Constitutional Violations of Ground One apply to Ground Two Also. All requests to ALDOC administration referred to Ground Two as well. SGT. Sasser's conduct was illegal and committed by a state prison official who is abusing his power; his conduct deprived the PLANTIFF of Constitutional Rights and was Cruel and Unusual Punishment. PLANTIFF did call I&I using the wall telephones to report the assaults at approx. 10AM May 22, 2014.

GROUND THREE: CRUEL AND UNUSUAL PUNISHMENT

Supporting Facts:

PLANTIFF was cuffed to a bellychain, taped at the waist and both legs below the knee (excessively tight), and shackled with cuffs on his Ankles for Approx. 20 hours and there was an absence of policy to prevent

[V. GROUND THREE Continued~ Cruel & Unusual Punishment/Facts]

the cruel and unusual punishment (i.e., the PLANTIFF being 'hog-tied' with cuffs attached to bellychain, tape excessively tight wound around waist and both legs, and shackles around both ankles from 3:45 P.M. May 21, 2014 through 8:30 A.M. May 22, 2014, almost 20 hours approximately, excessively-restrained.). The PLANTIFF was in severe pain from all the restraints for so' long and repeatedly stated that he was hurting at his neck, back, and other areas on his body. The cuffs on the PLANTIFF'S wrists were so tight he had bruises and swollen, red wrists for days; further, the tape on both his legs below the knee left swollen, red marks and severely restricted blood-circulation to his feet and ankles the whole time he was restrained. At one point, SGT. Crossley, from Approx. 1:30 A.M. through 2:30 A.M. May 22, 2014, cuffed the PLANTIFF'S hands to his back to the bellychain, leaving him unable to hardly even roll-over on the floor of the Shift Office. The majority of the instances when the PLANTIFF was severely Abused through excessive Restraints was 3rd Shift 10 P.M. through 6 A.M. beginning May 21st through May 22, 2014. This Shift that abused, tortured the PLANTIFF consisted of Lt. Clemons and SGT. Crossley. Lt. Clemons knew Sgt. Crossley was abusing, torturing the PLANTIFF and failed to Intervene because Warden Daniels, Warden Bolling, CPT. MCKEE, and ALDOC Commissioner Kim Thomas Failed To Adopt Reasonable Internal Procedures To Address

[I. GROUND THREE Continued ~ Cruel and Unusual Punishment, Facts]
the Problem. There was a total and complete failure to implement and carry out a definitive policy directing subordinates as to how they should address the problem. For Instance, the PLANTIFF, most simply, could have been x-rayed at Staton Corr. Facility Health Care Unit, where all of Elmore Corr. Facilities Health Care needs are facilitated daily. Even a cavity-search could have been conducted, which, as you are aware, has been found to be constitutional. The excessive means by which the PLANTIFF was restrained for so long, especially after being twice physically Assaulted by Sgt. Sasser (Grounds One And Two), was Cruel and unusual punishment. The PLANTIFF stated repeatedly he was in pain. OFC. Hall was a witness to the ways and means the PLANTIFF was abused, tortured in the Shift Office by, mostly, SGT. Crossley on 3rd Shift. The Shift Office does have Video Surviellance Cameras. Every-single-time the PLANTIFF rose to his feet 3rd Shift, Lt. Clemons pulled him up by his arm. Lt. Clemons is an older (50 plus in age) female and Sgt. Crossley is a physically-fit male probably in his late twenties, in age, or early thirties. Lt. Clemons is severely obese (wieght above 300 lbs.). The relevance is SGT. Crossley made no reasonable efforts in dealing with the PLANTIFF at all, and while Lt. Clemons was absent from the Shift Office 5:30 A.M. May 22, 2014, Sgt. Crossley demanded the PLANTIFF stand up; the PLANTIFF stated he could not and that he was in pain. Sgt. Crossley



[V. GROUND THREE Continued ~ Cruel & Unusual Punishment, Facts]

wrote against the PLANTIFF two Disciplinary Reports for INSUBORDNATION (Low-Level Offense) and FAILURE TO OBEY A DIRECT ORDER (High-Level Offense), Stating that the PLANTIFF refused to get off the floor and used profanity. Sgt. Crossley misreprensented the facts in the Report And His Testimony was false at the Hearing on 06/03/2014 held by Hearing Officer Lt. Calloway, who improperly Found The PLANTIFF Guilty and did not fairly allow the PLANTIFF to put on a Defense because Lt. Calloway refused to Either ask all ten questions the PLANTIFF Submitted, did not record answers as they were said (even writing 'Yea' when 'No' was said), or allow the PLANTIFF to Submit his Written Statement. The PLANTIFF was deprived one year of his EARNED Statutorily authorized "good time" from Sanctions included in these two Disciplinaries that were both retaliation for reporting an Assault by a Fellow-Seargent and another means of psychologically-abusing the PLANTIFF, again. Due Process Rights of the PLANTIFF were violated to be another means of cruel & unusual punishment (i.e., Lt. Calloway & Sgt. Crossley violated ALDOC's Administrative Regulation 403 that States, "Sanctions must not exceed 3 Months Loss of Good Time ... 30 days restriction from phone, visitation, and canteen ... for Low-Level Offenses." Insubordination is a Low-Level Offense per Admin. Reg. 403, and PLANTIFF's Sanctions were 6 Months Loss of Good-Time and

[V. GROUND THREE Continued~ Cruel & Unusual Punishment, Facts]
45 days restriction from phone, visitation, and canteen. These two disciplinaries were Malicious Action and Retaliation, and a means of intimidation, for PLANTIFF reporting a Seargent Assaulting the PLANTIFF. Specifically because Seargent Crossley dominated the abuse and torture, Seargent Crossley negligently caused the PLANTIFF to be physically injured, psychologically traumatized (i.e., PLANTIFF is experiencing symptoms of Post-Traumatic Stress Disorder: anxiety, sleeplessness, depression, re-living the abuse and torture, avoidance of all Officers named in this Civil Action for fear of more abuse, threats, et cetera, and to not complete his state prison sentence on time on October 19, 2014 as previously scheduled before these incidents. At the Disciplinary Hearing for these two false accusations of refusing to get off the Shift Office Floor 05/22/2014 at 5:30 A.M., Lt. Clemons testified by phone that the PLANTIFF did state he was in pain numerous times and that she had been picking-up "- PLANTIFF: because he was not able to stand alone without causing severe pain to his wrists where the cuffs were, where there was tape, and where the shackles were on his ankles. Sgt. Crossley testified that the PLANTIFF did not say he was in pain and that Lt. Clemons had not been picking him up off the Shift Office Floor. Specifically, Sgt. Crossley's abuse, torture, and retaliation deprived the PLANTIFF of rights, privelages, and immunities guaranteed by the Constitution & the Laws of the United States. The

## V. GROUND THREE Continued ~ Cruel & Unusual Punishment, Facts

PLANTIFF was under the care of Sgt. Crossley who did not just leave the PLANTIFF how he found him, but he handcuffed the PLANTIFF'S hands to his back to the bellychain for at-least 1 (one) hour, aforementioned in GROUND THREE, Sgt. Crossley retaliated against the PLANTIFF for reporting an Assault by another Seargent and co-worker and misrepresented the facts in two disciplinary reports that subsequently deprived PLANTIFF of One Year Statutorily authorized "Good Time", aforementioned in Ground Three, Sgt. Crossley intentionally abused and tortured PLANTIFF physically with restraints and psychologically with statements referring to further physical abuse, such as, "(McCormick) we'll Knock you out up here!" and, "(McCormick) I'll make it so you'll never get out!" (When PLANTIFF stated he was hurting Sgt. Crossley would state, "I Don't Care!"), and even though the PLANTIFF advised Sgt. Crossley that he planned to/and was currently going to sue him and others in Federal Court because of Cruel and Unusual Punishment, Sgt. Crossley violated the PLANTIFF'S Due Process Rights by serving as the Hearing Officer in a Disciplinary Hearing on 06/03/2014 against the PLANTIFF for BEING IN AN UNAUTHORIZED AREA. This Disciplinary was a misunderstanding. PLANTIFF had permission to be in a dorm but Shifts changed and they were unaware PLANTIFF had permission from OFC. Byrd to assist Inmate Larry Bailey AIS# 207692 with a Trade School Assignment, a Buisness Proposal. As the Hearing Officer, SGT. Crossley again retaliated against PLANTIFF by depriving him of One And A Half Years "Good Time"

## V. GROUND THREE Continued - Cruel & Unusual Punishment, Facts:

The PLANTIFF has been in State prison for almost three years and has never had but 2 Disciplinaries, ever, up until last month, and those 2 were for failing a urine analysis for the Opiate-cessation medication Suboxone. PLANTIFF has since Completed ALDOC substance abuse programs: 20 Week Dual-Diagnosis SAP and 4 Week Relapse SAP and currently has minimum-out custody level and tested Negative for ALL substances in a urine analysis given to him by OFC. Mathis on May 21, 2014. PLANTIFF has now been notified, on June 11, 2014, that he now will be Re-Classified to up-to Medium Custody Level, from Minimum Custody Level, because of the Retalitory Disciplinaries aforementioned. In the PLANTIFF'S research he has found witness testimony from Inmate Larry Bailey AIS#207692 who is a Shift Office "Runner"/Cleaner, that overheard OFC. McDonald state to SGT. Sasser (who Assaulted the PLANTIFF), "I got him (the PLANTIFF, Jeffrey McCormick)!" OFC. McDonald was referring to him having retaliated, through a Disciplinary/Sanctions/Loss of Good Time, against the PLANTIFF for Reporting the Assault.

Further proof that Retaliation is occurring is the fact that, now, on June 11, 2014 SGT. Lucas has written against the PLANTIFF a Disciplinary Report for Intentionally Creating A Safety, Security, And/Or Health Hazard stating, "(The PLANTIFF) borrowed money from an Inmate And Could Not pay it back." The PLANTIFF went to Sgt. Lucas on 05/24/2014 and stated 2 inmates slapped him and punched him in the left rib-cage repeatedly. The Inmates were Extorting money

[V. GROUND THREE Continued- Cruel & Unusual Punishment, Facts from the PLANTIFF by demanding he give them 9 (nine) packs of cigarettes he did not owe them. PLANTIFF went immediately to the Shift Office sobbing and hysterical. CPT. McKee and Sgt. Lucas said PLANTIFF was lying. Photos were taken and a HCU 'Bodychart' of injuries was completed. The inmates who assaulted the PLANTFF were asked to sign a Living Aggreement (Peace) Form, and the PLANTIFF signed one also. The CPT and Sgt told the PLANTIFF to pay the 9 packs of cigarettes and he did on 05/28/2014, just to put the incident behind him and to follow the orders of administration. The PLANTIFF recieves more funds to his account than is typical and is Extorted out of money weekly; PLANTIFF has regularly discussed he gets Extorted out of money by bullies to staff and mental health counselors since arriving to State prison in December 2011. Little has ever been done to help the PLANTIFF with the issue. Please note that the PLANTIFF was arrested in his student housing dorm room at Pannell Hall at Jacksonville State University where he was a senior-level student. PLANTIFF is not accustomed to the behaviors of seriously criminally-minded state prisoners and is scared. In essentially one week, PLANTIFF was given 4 (four) disciplinaries in Retaliation.

## IV. GROUND THREE Continued - Cruel & Unusual Punishment, Facts

All the aforementioned is inter-related and its relevance to this Civil Action is that Cruel & Unusual Punishment has occurred to the PLANTIFF because he reported the 2 Assaults by SGT. Sasser on May 21, 2014. As stated, the PLANTIFF had not previous to the Assaults ever had but 2 Disciplinaries on his ALDOC record for 2 failed urine analysis over a period of 3 years, proving the PLANTIFF is not a trouble-maker and that Facts have been misrepresented in all 4 aforemention Disciplinarie since 05/21/2014, to asure he would be found guilty: Retaliation. They were false allegations, maliscious prosecution, showed bad-faith, and were further means of psychological- cruel & unusual punishment.

## RELIEF SOUGHT BY PLANTIFF

1. An Injunction Court Order to stop Retaliation.
2. Exoneration from 4 Retaliatory Disciplinaries.
3. Subsequent restoration of "Good Time" lost, Sanctions removed, Minimum-Out Custody Level restored, and transfer to Level II Facility.
4. Monetary damages awarded for pain & suffering.
5. Production of Documents (i.e., Use of Force Grievance, Photos from 05/21/2014, BodyChart Form, Witness Testimony, etceter

RELIEF SOUGHT BY PLANTIFF Continued

(6.) During this investigation and process, to be laterally-transfered to, specifically, the very closest Level 4 ALDOC State Prison, which is approximately 1 (one) mile down the road from current location of PLANTIFF: Staton Correctional Facility, specifically.

(7.) For SGT. Sasser and witnesses to Assault 05/21/14 (who were Officers Story, Brown, & Mathis) to be administered Lie-Detector Tests concerning whether SGT. Sasser punched the PLANTIFF in the face with a closed-fist, full-strength, knocking him to the ground and whether SGT. Sasser also repeatedly slammed PLANTIFF's head into concrete wall. Also asking if PLANTIFF was fully-shackled, posing no physical threat; that Assault was Malicious Action. Also asking whether SGT. Sasser, et.al., plotted and schemed to have PLANTIFF Disciplined, for Retaliation.

(8.) A Full-Restoration of PLANTIFF's Statutorily authorized "Good-Time", because PLANTIFF's E.O.S. date was October 19, 2014 before he was falsely accused/Disciplined, Improperly Found Guilty, and not fairly allowed to put on a Defense at Disciplinary Hearing.

(9.) To Subpeona all relevant documents, photos, et cetera mentioned in this Civil Action, that PLANTIFF cannot obtain because his is a State prisoner.

*Jeffrey Robert McCormick*
Signature of Plantiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2014.

*Jeffrey Robert McCormick*

J. M-cormick  AIS#255756
Elmore CF    Dorm C1-31B
3520 Maron Spillway Rd.
Elmore, AL



CLERK, Middle District
   U.S. Middle District Court
P.O. Box 711

Montgomery, Alabama    36104